Stanley LOGAN, Appellant,

v.

Janet NAPOLITANO,[1] Secretary, Department of Homeland Security, Transportation Security Administration, Appellee.

No. 09–3848.

United States Court of Appeals, Eighth Circuit.

Submitted: May 19, 2010.

Filed: May 25, 2010.

Stanley Logan, St. Louis, MO, pro se.

Wesley Dennis Wedemeyer, Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Missouri, St. Louis, MO, for Appellee.

Before LOKEN, BYE, and SHEPHERD, Circuit Judges.

PER CURIAM.

Stanley Logan appeals from the district court's[2] order granting defendant summary judgment in his employment-discrimination action, and denying leave to amend the complaint. Having reviewed the record de novo, and in the light most favorable to Logan, we conclude that summary judgment was proper, and that the court did not abuse its discretion in denying leave to amend, for the reasons ex-

---

1. Janet Napolitano has been appointed to serve as Secretary of the Department of Homeland Security, and is substituted as appellee pursuant to Federal Rule of Appellate Procedure 43(c).

2. The HONORABLE CHARLES A. SHAW, United States District Judge for the Eastern District of Missouri.

plained in the district court's thorough opinion. *See Kratzer v. Rockwell Collins, Inc.,* 398 F.3d 1040, 1043 (8th Cir.2005) (grant of summary judgment is reviewed de novo); *Deutsche Fin. Servs. Corp. v. BCS Ins. Co.,* 299 F.3d 692, 700 (8th Cir. 2002) (denial of leave to amend is reviewed for abuse of discretion). Accordingly, we affirm the judgment. *See* 8th Cir. R. 47B.